RECEIVED
IN LAKE CHARLES, LA
AUG 26 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 2:05CR20132-02 |
| VERSUS | JUDGE MINALDI |
| DONALD RAY MALVEAUX | MAGISTRATE JUDGE KAY |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

__X__ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

____ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at __Lake Charles__, Louisiana, this __25__ day of August, 2009.

Patricia Minaldi
UNITED STATES DISTRICT JUDGE