UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:05-CR-20132-02** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **DONALD RAY MALVEAUX (02)** | **MAGISTRATE JUDGE KAY** |

## AMENDED JUDGMENT

Pursuant to Section 404 of the First Step Act,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Judgment of the Court imposed on March 18, 2008 [*see* Doc. No. 117], sentencing Defendant Donald Ray Malveaux to a total term of imprisonment of 240 months and a term of supervised release of 10 years, is AMENDED, and Defendant's term of imprisonment is REDUCED to TIME SERVED and his term of supervised release is REDUCED to EIGHT years.

Except as provided herein, all other provisions of the Judgment imposed on March 18, 2008 [Doc. No. 117], remain in effect.

SIGNED this 30th day of July, 2019

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE